**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN PAVON-MORAZAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2:26-cr-98 |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to Defendant Melvin Pavon-Morazan's decision to plead guilty to Counts 1 and 2 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 19, 22.] Following a hearing held on the record on August 10, 2026 [DE 22], Judge Rodovich found that Defendant understands the charges, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to Counts 1 and 2 of the indictment. Judge Rodovich recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Objections to the findings and recommendation were waived by counsel.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Melvin Pavon-Morazan's plea of guilty, the Court hereby

**ADOPTS** the findings and recommendation [DE 22] in their entirety.

Defendant, Melvin Pavon-Morazan, is adjudged **GUILTY** of Count 1 and Count 2 of the indictment.

**SO ORDERED.**

ENTERED: September 2, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT